ACCEPTED
11-16-00314-CR
ELEVENTH COURT OF APPEALS
EASTLAND, TEXAS
7/6/2017 2:43 PM
SHERRY WILLIAMSON
CLERK

NO. 11-16-00314-CR

| | | |
|---|---|---|
| ANTHONY JAMES GARCIA, | § | THE ELEVENTH COURT |
| Appellant | § | |
| | § | |
| vs. | § | OF APPEALS AT |
| | § | |
| THE STATE OF TEXAS, | § | EASTLAND, TEXAS |
| Appellee | § | |

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
07/06/17 2:43:47 PM
SHERRY WILLIAMSON
Clerk

## FIRST MOTION FOR EXTENSION OF TIME

## TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes Now, Anthony James Garcia, Appellant, and files this Motion for Extension of Time to File Appellant's Brief under Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, and would show:

### I.

The deadline for filing Appellant's brief is July 5, 2017. Appellant has received no previous extensions of time to file his brief.

### II.

Appellant hereby requests a sixty-two (62) day extension of time to file his brief until September 5, 2017. This request is based on the following:

1. The undersigned, who is a solo practitioner, had to undergo major surgery in May and has been recuperating from it. She is attempting to take care of matters she has been unable to attend to. These matters include, but are not limited to, appellate briefs in Levi Turner vs. The State of Texas, No. 13-

1

17-00227-CR; and <u>Felix Pina vs. The State of Texas</u>, No. 03-17-00129-CR.

2. The undersigned's support staff will be on vacation June 26 – July 10, 2017.

3. This extension of time is necessary to accord Appellant with effective assistance of counsel on appeal.

WHEREFORE, PREMISES CONSIDERED, Appellant requests that this Court grant a sixty-two (62) day extension of time to file his brief until September 5, 2017.

Respectfully submitted,

/s/ Connie J. Kelley
Connie J. Kelley
Attorney for Appellant
1108 Lavaca, #110-221
Austin, TX 78701
(512)445-4504
(512)478-2318 (fax)
kelleylawoffice@grandecom.net
State Bar No. 11199600

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I sent a true and correct copy of the foregoing to the Brown County Criminal District Attorney, Michael Murray, at 200 S. Broadway, Rm. 323, Brownwood, Texas 76801 by regular mail on this 20th of June, 2017.

/s/ Connie J. Kelley
Connie J. Kelley

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing document is in 14 point font.  The word count is 212 words, which is in compliance with T.R.A.P. Rule 9.4.

/s/ Connie J. Kelley
Connie J. Kelley